**Robert William WALTERS, Plaintiff–Appellant,**

v.

**M. EVANS, Warden; et al., Defendants–Appellees.**

**No. 10–15890.**

United States Court of Appeals, Ninth Circuit.

Submitted July 12, 2011.*

Filed July 25, 2011.

Robert William Walters, Ione, CA, pro se.

Virginia I. Papan, Esquire, Deputy Assistant Attorney General, California Department of Justice, San Francisco, CA, for Defendants–Appellees.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

## MEMORANDUM **

Robert William Walters, a California state prisoner, appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Jett v. Penner,* 439 F.3d 1091, 1096 (9th Cir.2006). We affirm.

The district court properly granted summary judgment because Walters failed to raise a genuine dispute of material fact as to whether defendants' treatment of his shoulder and back injuries constituted deliberate indifference to his medical needs. *See Wilson v. Seiter,* 501 U.S. 294, 298, 111 S.Ct. 2321, 115 L.Ed.2d 271 (1991) (inmate must establish that prison officials "possessed a sufficiently culpable state of mind" to implicate the Eighth Amendment); *Jett,* 439 F.3d at 1096 (deliberate indifference requires "a purposeful act or failure to respond to pain or possible medical need").

Walters's remaining contentions are unpersuasive.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

